[ ]      to _____ (*name of person*), _____, (*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths
_____
Official title

USE NOTE

     1.      Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
     2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

8TH JUDICIAL DISTRICT COURT
TAOS COUNTY NM
Case 1:15-cv-00670-JB-KK   Document 1-2   Filed 07/31/15   Page 2 of 25
FILED IN MY OFFICE
9/3/2014 9:36:26 AM
BERNABE P. STRUCK
DISTRICT COURT CLERK

**4-206. Summons.**                                                    FXR
[For use with District Court Civil Rule 1-004 NMRA]

| SUMMONS<br>FIRST AMENDED COMPLAINT | |
|---|---|
| District Court: EIGHTH JUDICIAL<br>Taos County,  New Mexico<br>Court Address: 105 Albright Street, Ste. N<br>Taos, New Mexico  87571<br>Court Telephone No.: 575-758-3173 | Case Number:<br>D.820.CV.2014.00300<br><br>Assigned Judge:<br>The Honorable Sarah Backus |
| WAYNE RUTHERFORD,<br><br>     Plaintiff,<br><br>v.<br><br>THEODORE PUTNAM,<br>CTL THOMPSON, INC. JOHN DOE and<br>AGNES YAZZIE,<br><br>     Defendant. | Defendant<br><br>JOHN DOE |

### TO THE ABOVE NAMED DEFENDANT(S):  Take notice that

**1.**     A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**     You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

**3.**      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**     If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5**.     You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**     If you need an interpreter, you must ask for one in writing.

**7.**     You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Taos, New Mexico, this 3rd day of September, 2014.

BERNABE P. STRUCK
CLERK OF DISTRICT COURT

By: *Romero*                                       */s/ William S. Ferguson*
        Court Clerk II                              Signature of Attorney for Plaintiff/Pro Se Party
                                                    WILLIAM S. FERGUSON

*Attorneys for Plaintiffs*
1720 Louisiana Blvd. NE, Suite 100
Albuquerque, NM 87110
Phone: 505 243-5566
Fax: 505 243-5699
dave@fergusonlaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.


**RETURN[1]**


STATE OF NEW MEXICO   )
                      )ss
COUNTY OF _____   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this
lawsuit, and that I served this summons in _____ county on the _____ day of
_____, _____, by delivering a copy of this summons, complaint, and initial discovery
attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons
and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when
service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by
mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint
attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the
usual place of abode of defendant _____, (*used when the defendant is not presently at
place of abode*) and by mailing by first class mail to the defendant at _____ (*insert
defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business
or employment of the defendant and by mailing by first class mail to the defendant at
_____ (*insert defendant's business address*) and by mailing the summons and
complaint by first class mail to the defendant at _____ (*insert defendant's last known
mailing address*).

[ ]   to _____, an agent authorized to receive service of process for
defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of

defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]     to _____ (*name of person*), _____ , (*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths
_____
Official title

## USE NOTE

    1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.
    2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007;  by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

8TH JUDICIAL DISTRICT COURT
Case 1:15-cv-00670-JB-KK   Document 1-2   Filed 07/31/15   Page 6 of 25   TAOS COUNTY NM
FILED IN MY OFFICE
9/3/2014 9:36:26 AM
BERNABE P. STRUCK
DISTRICT COURT CLERK

**4-206. Summons.**  FXR
[For use with District Court Civil Rule 1-004 NMRA]

<table>
<tr><td colspan="2" align="center"><b>SUMMONS<br>FIRST AMENDED COMPLAINT</b></td></tr>
<tr>
<td>District Court: EIGHTH JUDICIAL<br>Taos County,  New Mexico<br>Court Address: 105 Albright Street, Ste. N<br>Taos, New Mexico  87571<br>Court Telephone No.: 575-758-3173</td>
<td>Case Number:<br>D.820.CV.2014.00300<br><br>Assigned Judge:<br>The Honorable Sarah Backus</td>
</tr>
<tr>
<td>WAYNE RUTHERFORD,<br><br><br>     Plaintiff,<br><br>v.<br><br>THEODORE PUTNAM,<br>CTL THOMPSON, INC. JOHN DOE and<br>AGNES YAZZIE,<br><br><br>     Defendant.</td>
<td>Defendant<br><br>THEODORE PUTNAM<br>14555 E. 12th Ave.<br>Aurora, CO</td>
</tr>
</table>

**TO THE ABOVE NAMED DEFENDANT(S)**:  Take notice that

**1.**      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Court's address is listed above.

**3.**       You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5**.      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**      If you need an interpreter, you must ask for one in writing.

**7.**      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Taos, New Mexico, this 3rd day of September, 2014.

BERNABE P. STRUCK
CLERK OF DISTRICT COURT

By: _____           /s/ William S. Ferguson
      Court Clerk  II          Signature of Attorney for Plaintiff/Pro Se Party
                          WILLIAM S. FERGUSON
                          *Attorneys for Plaintiffs*

1720 Louisiana Blvd. NE, Suite 100
Albuquerque, NM 87110
Phone: 505 243-5566
Fax: 505 243-5699
dave@fergusonlaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN[1]**

STATE OF NEW MEXICO   )
                      )ss
COUNTY OF _____  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this
lawsuit, and that I served this summons in _____ county on the _____ day of
_____, _____, by delivering a copy of this summons, complaint, and initial discovery
attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]      to the defendant _____ (*used when defendant accepts a copy of summons
and complaint or refuses to accept the summons and complaint*)

[ ]      to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when
service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by
mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint
attached, in the following manner:

[ ]      to _____, a person over fifteen (15) years of age and residing at the
usual place of abode of defendant _____, (*used when the defendant is not presently at
place of abode*) and by mailing by first class mail to the defendant at _____ (*insert
defendant's last known mailing address*) a copy of the summons and complaint.

[ ]      to _____, the person apparently in charge at the actual place of business
or employment of the defendant and by mailing by first class mail to the defendant at
_____ (*insert defendant's business address*) and by mailing the summons and
complaint by first class mail to the defendant at _____ (*insert defendant's last known
mailing address*).

[ ]      to _____, an agent authorized to receive service of process for
defendant _____.

[ ]      to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of
defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]      to _____ (*name of person*), _____, (*title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths

_____
Official title

USE NOTE

      1.      Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

      2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007;  by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

8TH JUDICIAL DISTRICT COURT
Case 1:15-cv-00670-JB-KK Document 1-2 Filed 07/31/15 Page 9 of 25 TAOS COUNTY NM
FILED IN MY OFFICE
9/3/2014 9:36:26 AM
BERNABE P. STRUCK
DISTRICT COURT CLERK

**4-206. Summons.**                                                                     FXR
[For use with District Court Civil Rule 1-004 NMRA]

<table>
<tr><td colspan="2" align="center">**SUMMONS**<br>**FIRST AMENDED COMPLAINT**</td></tr>
<tr><td>District Court: EIGHTH JUDICIAL<br>Taos County, New Mexico<br>Court Address: 105 Albright Street, Ste. N<br>Taos, New Mexico 87571<br>Court Telephone No.: 575-758-3173</td><td>Case Number:<br>D.820.CV.2014.00300<br><br>Assigned Judge:<br>The Honorable Sarah Backus</td></tr>
<tr><td>WAYNE RUTHERFORD,<br><br>    Plaintiff,<br><br>v.<br><br>THEODORE PUTNAM,<br>CTL THOMPSON, INC. JOHN DOE and<br>AGNES YAZZIE,<br><br>    Defendant.</td><td>Defendant<br><br>AGNES YAZZIE<br>Box 392<br>Kirtland, NM 87417</td></tr>
</table>

**TO THE ABOVE NAMED DEFENDANT(S)**: Take notice that

**1.** A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

**2.** You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

**3.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.** If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.** You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.** If you need an interpreter, you must ask for one in writing.

**7.** You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Taos, New Mexico, this 3rd day of September, 2014.

BERNABE P. STRUCK
CLERK OF DISTRICT C

By: _____          /s/ William S. Ferguson
Court Clerk II                          Signature of Attorney for Plaintiff/Pro Se Party
                                        WILLIAM S. FERGUSON

*Attorneys for Plaintiffs*
1720 Louisiana Blvd. NE, Suite 100
Albuquerque, NM 87110
Phone: 505 243-5566
Fax: 505 243-5699
dave@fergusonlaw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO
RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

## RETURN[1]

STATE OF NEW MEXICO   )
                      )ss
COUNTY OF _____   )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this
lawsuit, and that I served this summons in _____ county on the _____ day of
_____, _____, by delivering a copy of this summons, complaint, and initial discovery
attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]   to the defendant _____ (*used when defendant accepts a copy of summons
and complaint or refuses to accept the summons and complaint*)

[ ]   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when
service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by
mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint
attached, in the following manner:

[ ]   to _____, a person over fifteen (15) years of age and residing at the
usual place of abode of defendant _____, (*used when the defendant is not presently at
place of abode*) and by mailing by first class mail to the defendant at _____ (*insert
defendant's last known mailing address*) a copy of the summons and complaint.

[ ]   to _____, the person apparently in charge at the actual place of business
or employment of the defendant and by mailing by first class mail to the defendant at
_____ (*insert defendant's business address*) and by mailing the summons and
complaint by first class mail to the defendant at _____ (*insert defendant's last known
mailing address*).

[ ]   to _____, an agent authorized to receive service of process for
defendant _____.

[ ]   to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of

defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]     to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service
_____
Title (*if any*)

Subscribed and sworn to before me this _____ day of _____, _____ [2]

_____
Judge, notary or other officer
authorized to administer oaths
_____
Official title

USE NOTE

1.     Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order 05-8300-01, effective March 1, 2005; by Supreme Court Order 07-8300-16, effective August 1, 2007; by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013.]

8TH JUDICIAL DISTRICT COURT
TAOS COUNTY NM
FILED IN MY OFFICE
9/9/2014 8:22:36 AM
BERNABE P. STRUCK
DISTRICT COURT CLERK
FXR

Case 1:15-cv-00670-JB-KK   Document 1-2   Filed 07/31/15   Page 13 of 25

STATE OF NEW MEXICO
COUNTY OF TAOS
EIGHTH JUDICIAL DISTRICT COURT

NO.

*WAyne Rutherford*
            Plaintiff(s),

*No. D. 820·CV·2014·00300*

vs.

*Theodore Putnam, CTL THOMPSON, LLC.*
            Defendant(s)
*d Anges Yazzie,*
*John Doe*        '  PLAINTIFF(S) - DEFENDANT(S)   1ST AMENDED
                      CIVIL CASE INFORMATION SHEET

I. Judge Assigned:

II. Jury 6 _____  Jury 12  X  Non-Jury _____

III. Parties:

A. Plaintiff(s) *Wayne Rutherford* Plaintiff's attorney *William S. Ferguson*
   Address *C/o Will Ferguson* Address *1720 Louisiana Blvd NE #100*
   Telephone number *505·243·5566* Telephone number *505. 243·55·66*

B. Defendant(s) *Theodore Putnam* Defendant's attorney
   Address *Aurora, Co* Address *N/A*
   Telephone number                    Telephone number

C. Other party(ies) *CTL Thompson Ln* Other party(ies) attorney
   Address *Denver, Co* Address *N/A*
   Telephone number                  Telephone number
D. *Anges Yazzie*
IV. Date the Complaint was filed: *9·3·14*

   Estimated date by which all parties will be served: *9.30·14*
   Estimated date by which all parties will be of record: *10·15·14*

V. Cause of Action: Plaintiff (P) / Defense (D) - Give a brief explanation of the cause of action
   or defense.
           *automobile accident*

E. *John Doe*

VI. Estimated number of witnesses: _____ *5 - 10*
    Estimated number of expert witnesses: _____ *1 - 5*

VII. Estimated period of time needed for discovery: *6 mos.*

VIII. Estimate when this case will be ready for trial: *2015*

IX. Estimate the number of days needed for trial: *3 . 4 days*

X. Track assignment requested: (Expedited, Standard or Complex. Refer to definitions of tracks
      contained in Differentiated Case Management / Civil Cases Information Packet).
      Briefly state the reason for the requested track assignment *Standard*

_____
Attorney for Plaintiff-Defendant or
Self-represented Plaintiff-Defendant
Address
Telephone number

THE ATTORNEY OR SELF-REPRESENTED PARTY IS HEREBY GIVEN NOTICE THAT
A COPY OF THIS CIVIL CASE INFORMATION SHEET <u>MUST BE DELIVERED TO THE</u>
<u>ASSIGNED JUDGE.</u>

RECEIVED
DSD Civil Division
201 W Colfax Ave 1st Fl
Denver 80202
720-865-9550
BLK

8TH JUDICIAL DISTRICT COURT
TAOS COUNTY NM
FILED IN MY OFFICE
Mon Sep 22 2014 2:22:28 PM
BERNABE P. STRUCK
THE DISTRICT COURT CLERK



City and County
of Denver
Michael Hancock
Mayor

**Report Date**  Wednesday, September 17 2014

**Report Name:** Invoice Print

| Jacket Id | Court Case Number | Entry Date | Service Name |
|---|---|---|---|
| 0197398 | D.820.CV.201 4.00300 | 14 SEP 2014 | Summons |

| Name Type | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| Attorney | WILL FERGUSON AND ASSOCIATES | 1720 LOUISIANA BLD NE. SUITE 100 | ALBUQUERQUE | NM | 87110 |
| | | | | NM | |
| Plaintiff | WAYNE RUTHERFORD | | Denver | CO | 80223 |
| Defendant | CTL THOMPSON, INC | 22 LIPAN STREET | Denver | CO | |
| To Be Served | CTL THOMPSON, INC | 22 LIPAN STREET | Denver | CO | |

**Total Charges** $ 38.85     **Prepaid Amount**     $ 38.85     **Balance Due** $ .00

**This is a statement of balance due. Please remit upon receipt. Thank You.**

**Finding:** Served

**Comments:** SERVED



| City and County of Denver Michael Hancock Mayor | DENVER SHERIFF DEPARTMENT City and County of Denver | DSD Civil Division 201 W Colfax Ave 1st fl Denver, CO 80202 720-865-9556 |

## BUSINESS

STATE OF COLORADO     } ss.
CITY AND COUNTY OF DENVER     } ss.

**Case Number: D.820.CV.2014.00300**
**Jacket Number: 0197398**

I do hereby certify that I have duly served the within Summons by delivering a true copy thereof, with attachments listed below, in the within described action thereto attached, to the within named CTL THOMPSON, INC, herein called the "said party", by its agent for service, by leaving said copy/copies with DAMON THOMAS, said party's MANAGER at said party's usual place of business, at 22 LIPAN STREET , in the City and County of Denver, State of Colorado, on 09-16-2014 at 08:50 AM hours.

By _____
Alex Medina
Deputy Sheriff

STATE OF COLORADO
CITY AND COUNTY OF DENVER

Operator Code: HOWARDV

Return Date  September 17, 2014 9:08 AM

Comments: SERVED

Attachments:

    SUMMONS FIRST AMENDED COMPLAINT
    AMEMDED COMPLAINT FOR MONEY DAMAGES
    CIVIL CASE INFORMATION SHEET
    PLAINTIFF 1ST SET OF INTERROGATORIES AND REQUEST FOR
    FOR PRODUCTION TO DEFENDANT CTL THOMPSON , INC
    2 COPIES OF EACH

8TH JUDICIAL DISTRICT COURT
TAOS COUNTY NM
FILED IN MY OFFICE
9/22/2014 2:22:28 PM
BERNABE P. STRUCK
DISTRICT COURT CLERK

BLK

2014 - 00006273
Docket #: 20CV201400300

IN THE DISTRICT COURT OF THE STATE OF NEW MEXICO

IN AND FOR THE COUNTY OF TAOS

PLAINTIFF ) **RUTHERFORD**      **WAYNE**
            )
     VS     )
            )
DEFENDANT ) **PUTNAM**      **THEODORE**

CIVIL ACTION NO.:      20CV201400300

RETURN OF SERVICE ON: **THEODORE PUTNAM**

STATE OF COLORADO    )
                     ) ss
COUNTY OF ARAPAHOE   )

I **DALE PRATT** being a Civil Clerk, depose and say; that I am a citizen of the United States and a resident of the State of Colorado, over the age of twenty-one years. That I am not a party to, nor interested in the above entitled action; that I am an employee of the Arapahoe County Sheriff's Office,in the County of Arapahoe, State of Colorado; that I received the attached *INTERROGATORIES* on 09/16/2014, and personally served the same on the 18 of September 2014 at 11:20 AM by handing to and leaving with **THEODORE PUTNAM,** PERSONALLY at    13101  E BRONCOS PK , CENTENNIAL, ARAPAHOE COUNTY, COLORADO 80112, a true copy thereof, together with copy of: *(PLAINTIFF'S 1ST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT THEODORE PUTNAM)* attached thereto.

Dated: September 18, 2014

DAVID C. WALCHER, SHERIFF
ARAPAHOE COUNTY, COLORADO

01047 **DALE PRATT** – *SENIOR CIVIL CLERK*

Subscribed and sworn before me this

19th day of September 2014        Notary Public for the State of Colorado

JESSICA LEA JOHNSON
NOTARY PUBLIC
STATE OF COLORADO
Notary ID 20144006120
My Commission Expires 02/06/2018

CVROS2

8TH JUDICIAL DISTRICT COURT
TAOS COUNTY NM
FILED IN MY OFFICE
10/9/2014 3:35:09 PM
BERNABE P. STRUCK
DISTRICT COURT CLERK

cc

IN THE STATE OF NEW MEXICO
COUNTY OF TAOS
EIGHTH JUDICIAL DISTRICT COURT

WAYNE RUTHERFORD,

       Plaintiff,

v.                    **Cause No. D-820-CV-2014-00300**

THEODORE PUTNAM,
CTL THOMPSON, INC., JOHN DOE
and AGNES YAZZIE,

       Defendants.

## ENTRY OF APPEARANCE

COMES NOW, the Law Offices of Eva K. Blazejewski (Eva K. Blazejewski),

and hereby enters its appearance of record on behalf of Defendants Theodore

Putnam and CTL Thompson, Inc., in the above-styled action.

       Respectfully Submitted,

       LAW OFFICES OF EVA K. BLAZEJEWSKI

By_____
  Eva K. Blazejewski
  Attorneys for Defendants Putnam and
    CTL Thompson, Inc.
  6000 Uptown Boulevard NE, Suite 450
  Albuquerque, NM 87110
  (505) 872-3122
  eva.blazejewski@thehartford.com

I hereby certify that a true and correct
copy of the foregoing pleading was
served through the Court's Odyssey
e-filing system to:

William S. Ferguson, Esq.
Will Ferguson & Associates
1720 Louisiana Blvd. NE, Suite 100
Albuquerque, NM  87110
will@fergusonlaw.com

this ___9th___ day of October, 2014.


_____
Eva K. Blazejewski

FILED IN MY OFFICE
10/9/2014 3:35:09 PM
BERNABE P. STRUCK
DISTRICT COURT CLERK

cc

IN THE STATE OF NEW MEXICO
COUNTY OF TAOS
EIGHTH JUDICIAL DISTRICT COURT

WAYNE RUTHERFORD,

             Plaintiff,

v.                                    Cause No. D-820-CV-2014-00300

THEODORE PUTNAM,
CTL THOMPSON, INC., JOHN DOE
and AGNES YAZZIE,

             Defendants.

### DEFENDANTS THEODORE PUTNAM AND CTL THOMPSON, INC.'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT FOR MONEY DAMAGES

Defendants Theodore Putnam and CTL Thompson, Inc., (hereinafter referred to as Defendants Putnam and CTL) by and through their attorneys of record, Law Offices of Eva K. Blazejewski (Eva K. Blazejewski), hereby submits its Answer to Plaintiff's Amended Complaint as follows:

1.     Defendants Putnam and CTL are without information and knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Amended Complaint and, therefore deny the same and demand strict proof thereof.

2.     Defendants Putnam and CTL admit the allegations contained in paragraph 2 of Plaintiff's Amended Complaint.

3.     Defendants Putnam and CTL admit the allegations contained in paragraph 3 of Plaintiff's Amended Complaint.

4.      Defendants Putnam and CTL are without information and knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of Plaintiff's Amended Complaint and, therefore deny the same and demand strict proof thereof.

5.      Defendants Putnam and CTL admit the allegations contained in paragraph 5 of Plaintiff's Complaint.

6.      Defendants Putnam and CTL are without information and knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of Plaintiff's Amended Complaint and, therefore deny the same and demand strict proof thereof.

7.      Defendants Putnam and CTL are without information and knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of Plaintiff's Amended Complaint and, therefore deny the same and demand strict proof thereof.

## COUNT I

### NEGLIGENCE AND NEGLIGENCE PER SE OF DEFENDANT PUTNAM

8.      Defendants Putnam and CTL reallege and incorporate by reference herein all responses and answers to paragraphs 1 through 7 contained in Plaintiff's Amended Complaint.

9.      Defendants Putnam and CTL can neither admit nor deny paragraph

9 of Plaintiff's Amended Complaint, including sub-parts A through E as it does not state a factual allegation.  Defendants Putnam and CTL further state that the New Mexico Motor Vehicle Code speaks for itself.

10.     Defendants Putnam and CTL deny the allegations contained in paragraph 10 of Plaintiff's Amended Complaint.

11.     Defendants Putnam and CTL are without information and knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of Plaintiff's Amended Complaint and, therefore deny the same and demand strict proof thereof.

## COUNT II

## RESPONDEAT SUPERIOR AND NEGLIGENCE OF CTL THOMPSON

12.     Defendants Putnam and CTL reallege and incorporate by reference herein all responses and answers to paragraphs 1 through 11 contained in Plaintiff's Amended Complaint.

13.     Defendants Putnam and CTL admit the allegations contained in paragraph 13 of Plaintiff's Amended Complaint that Putnam was in the course and scope of his employment with CTL Thompson at the time of the accident. Defendants Putnam and CTL further deny any negligence on the part of CTL Thompson.

14.     Defendants Putnam and CTL deny the allegations contained in paragraph 14 of Plaintiff's Amended Complaint.

## COUNT III

### PUNITIVE DAMAGES AGAINST PUTNAM

15.     Defendants Putnam and CTL reallege and incorporate by reference

herein all responses and answers to paragraphs 1 through 14 contained in

Plaintiff's Amended Complaint.

16.     Defendants Putnam and CTL deny the allegations contained in

paragraph 16 of Plaintiff's Amended Complaint.

## COUNT IV

### NEGLIGENCE AND NEGLIGENCE PER SE OF YAZZIE

17.     Defendants Putnam and CTL reallege and incorporate by reference

herein all responses and answers to paragraphs 1 through 16 contained in

Plaintiff's Amended Complaint.

18.     Defendants Putnam and CTL can neither admit nor deny the

allegations contained in paragraph 18 of Plaintiff's Amended Complaint and state

that the New Mexico State Motor Vehicle Code speaks for itself.

19.     Defendants Putnam and CTL can neither admit nor deny the

allegations contained in paragraph 19 of Plaintiff's Amended Complaint and state

that the New Mexico State Motor Vehicle Code speaks for itself.

20.     Defendants Putnam and CTL are without information and

knowledge sufficient to form a belief as to the truth of the allegations contained in

paragraph 20 of Plaintiff's Amended Complaint and, therefore deny the same and

demand strict proof thereof.

21.     Defendants Putnam and CTL are without information and knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of Plaintiff's Amended Complaint and, therefore deny the same and demand strict proof thereof.

22.     Defendants Putnam and CTL are without information and knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of Plaintiff's Amended Complaint and, therefore deny the same and demand strict proof thereof.

23.     Defendants Putnam and CTL are without information and knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of Plaintiff's Amended Complaint and, therefore deny the same and demand strict proof thereof.

## COUNT V

### NEGLIGENCE AND NEGLIGENCE PER SE OF DEFENDANT DOE

24.     Defendants Putnam and CTL reallege and incorporate by reference herein all responses and answers to paragraphs 1 through 23 contained in Plaintiff's Amended Complaint.

25.     Defendants Putnam and CTL are without information and knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of Plaintiff's Amended Complaint and, therefore deny the same and demand strict proof thereof.

26.     Defendants Putnam and CTL are without information and

knowledge sufficient to form a belief as to the truth of the allegations contained in

paragraph 26 of Plaintiff's Amended Complaint and, therefore deny the same and

demand strict proof thereof.

      27.     Defendants Putnam and CTL are without information and

knowledge sufficient to form a belief as to the truth of the allegations contained in

paragraph 27 of Plaintiff's Amended Complaint and, therefore deny the same and

demand strict proof thereof.

      28.     Defendants Putnam and CTL are without information and

knowledge sufficient to form a belief as to the truth of the allegations contained in

paragraph 28 of Plaintiff's Amended Complaint and, therefore deny the same and

demand strict proof thereof.

      29.     Defendants Putnam and CTL are without information and

knowledge sufficient to form a belief as to the truth of the allegations contained in

paragraph 29 of Plaintiff's Amended Complaint and, therefore deny the same and

demand strict proof thereof.

## <u>GENERAL DENIAL</u>

      1.     Any allegations contained in Plaintiff's Amended Complaint which

are not specifically admitted herein are denied.

## <u>ADDITIONAL DEFENSES</u>

      1.     The injuries and damages claimed by Plaintiffs, if any, were the

result of the negligence and/or negligence per se of other persons or entities,

including the Plaintiff, and the negligence and/or negligence per se of all parties