IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WAYNE RUTHERFORD,

    Plaintiff,

vs.                                                                             No. CIV 15-0670 JB/KK

THEODORE PUTNAM; CTL
THOMPSON, INC.; CENTRAL MUTUAL
INSURANCE COMPANY;  STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY; AGNES YAZZIE and
MICHAEL JOSEPH,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulated Order Granting Joint Motion to Dismiss Complaint and All Claims with Prejudice, filed December 27, 2016 (Doc. 98)("Order").  In the Order, the Court granted the Joint Motion to Dismiss Complaint and all Claims with Prejudice, filed September 19, 2016 (Doc. 97)("Motion to Dismiss"), and stated that the "parties resolved all claims pending in this matter by mutual agreement on November 30, 2016 at a settlement conference . . . ."  Order at 1.  The Order indicated that "all claims asserted . . . against each Defendant, and all claims which could have been asserted against any Defendant arising out of the September 16, 2011 vehicle accident at issue in this lawsuit . . . are dismissed with prejudice."  Order at 1-2.  Because the Order disposes of all claims and parties before the Court, final judgment is appropriate.

**IT IS ORDERED** that: (i) this case is dismissed with prejudice; and (ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Adrian O. Vega
Will Ferguson & Associates
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Mark J. Riley
D. Chet Alderete
Tyler J. Bates
Riley, Shane & Keller, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendants Theodore Putnam and CTL Thompson, Inc.*

Edward Shepherd
Allen, Shepherd, Lewis & Syra, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Central Mutual Insurance Company*

Todd Schwarz
Dan A. Akenhead
Miller Stratvert, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendants State Farm Mutual Automobile Insurance Company, Agnes Yazzie, and Michael Joseph*